IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN SCHULTZ, MARLYS E. REZAIAN, KATHERINE A. CUMMINS, and CONNIE L. NELSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3086 |
| v. | ) ) | |
| WINDSTREAM COMMUNICATIONS, INC., | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) ) | |

The Memorandum and Order of July 14, 2008, filing 23, erroneously stated in the order that the plaintiffs were given leave to file a **motion** for leave to file an amended complaint when the body of the memorandum stated that they would be given leave to file an amended complaint.  Plaintiffs have now filed an amended complaint.


IT THEREFORE HEREBY IS ORDERED,

The amended complaint, filing 25, is deemed filed with leave of court, and the defendant may respond in accordance with applicable rules.


DATED this 1st day of August, 2008.


BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge