IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KATHRYN SCHULTZ, MARLYS E. REZAIAN, KATHERINE A. CUMMINS, and CONNIE L. NELSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3086 |
| v. | ) ) | |
| WINDSTREAM COMMUNICATIONS, Inc., | ) ) ) | ORDER |
| Defendant. | ) ) | |

IT IS ORDERED:

The Rule 16 telephone planning conference is rescheduled from today to November 5, 2008 at 11:30 a.m., Central Time.

Plaintiff's counsel shall initiate the call.

DATED this 6th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge