```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| KATHRYN SCHULTZ, MARLYS E. REZAIAN, KATHERINE A. CUMMINS, and CONNIE L. NELSON, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:08CV3086 |
| v. | ) ) | |
| WINDSTREAM COMMUNICATIONS, Inc., | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) ) | |

The plaintiffs' counsel is scheduled to try the case of Allen v. Santee Community School et al, 4:07-cv-03131, before United States District Court Judge Laurie Smith Camp beginning on April 14, 2009. Plaintiffs' counsel is therefore unable to attend the pretrial conference scheduled before the undersigned magistrate judge on April 14, 2009.

IT THEREFORE HEREBY IS ORDERED:

1. The pretrial conference previously set for April 14, 2009 is continued to April 22, 2009 at 11:00 a.m.

2. Trial of this case remains set to begin on April 27, 2009.

DATED this 7th day of April, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge